UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20705CR-COOKE/McALILEY

21 U.S.C. § 846

UNITED STATES OF AMERICA

v.

DARRYL RICHARDSON,
  a/k/a "Picallo,"

        Defendant.
_____/

FILED BY ___ D.C.
2004 SEP 23 PH 2:59
CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FL. - MIAMI

### INDICTMENT

The Grand Jury charges that:

From at least in or around 1990, the exact date being unknown to the Grand Jury, and continuing to in or about 2001, at Miami, Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DARRYL RICHARDSON,**
a/k/a "Picallo,"

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to distribute a controlled substance in violation of Title 21, United States Code, Section 841; all in violation of Title 21, United States Code, Section 846.



Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20705-CR-COOKE/McALILEY

UNITED STATES OF AMERICA

vs.

DARRYL RICHARDSON,,
   a/k/a "Picallo,"

                    Defendant.
_____/

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)

| | | | |
|---|---|---|---|
| _X_ Miami | ___ Key West | | |
| ___ FTL | ___ WPB | ___ FTP | |

New Defendant(s)        Yes ___   No ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    _No_
   List language and/or dialect _____

4. This case will take  _7_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | ___ | Petty | ___ |
   | II | 6 to 10 days | _X_ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No) ___
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)  _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes  _X_ No
   If yes, was it pending in the Central Region?  ___ Yes  _X_ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?  ___ Yes  _X_ No

                                        _____
                                        KAREN E. ROCHLIN
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court ID #5500050

\*Penalty Sheet(s) attached                                      REV.1/14/04

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

**04-20705-CR-COOKE / McALILEY**

Defendant's Name  **Darryl Richardson, a/k/a "Picallo"**

Count #:1

**21 U.S.C. §846; conspiracy to distribute Schedule II controlled substance.**

**\*Max. Penalty: life imprisonment**

Counts #:

**\*Max. Penalty:**

Count #

*(Filed stamp: CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FL. - MIAMI, 2004 SEP 23 PM 2:59, FILED BY ___ D.C.)*

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

INDICTMENT NO. 04-20705

FORM DBD-34
March 04

04-20705 CR-COOKE / McALILEY

UNITED STATES DISTRICT COURT

_____ SOUTHERN _____ District of _____ FLORIDA _____

THE UNITED STATES OF AMERICA

vs.

DARRYL RICHARDSON, a/k/a "Picallo,"

Defendant

INDICTMENT

21 U.S.C. §846

A true bill.

_____
Foreman

FGJ 04-01(MIA)

Filed in open court this 23rd day of Sept A.D. 2004

_____
Clerk

Bail, $ _____