UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: __04-20705-CR-COOKE__

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          **ORDER**

DARRYL RICHARDSON

    Defendant.
_____

    Pursuant to the Bail Reform Act, a detention hearing was held this date in accordance with 18 U.S.C. Section 3142(f). At the conclusion of the evidentiary hearing, the findings of fact and conclusions of law required by the Act were dictated into the record. It is thereupon

    **ORDERED AND ADJUDGED** as follows:

    1. The Defendant __NAMED ABOVE__ shall be detained pending trial in this case for the reasons stated on the record by the Court. *as a risk of flight/Danger*

    2. A final Order of Detention memorializing the dictated findings and conclusions shall be entered forthwith.

    **DONE AND ORDERED** in Miami, Florida this __30TH__ day of __NOVEMBER__, 20 __04__.

TAPE NO.04H- 8┤-1300

*Lauren Ilesher*

c: AUSA
   Defense Counsel *Oscar*
   Pretrial Services *Arroyave*
   U.S. Marshal

UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE'