04-20705 CRPAS

Darryl Richardson
63868-004
Federal Prison Camp
P.O. Box 779800
Miami, FL 33177

August 3, 2018

Wilke A. Ferguson Jr.
United States Courthouse
400 North Miami Ave, Rm. 8
Miami, FL 33128

FILED by SAC D.C.
AUG 14 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

Attention: Honorable Patricia A. Seitz

Dear Judge Seitz,

    I am writing you this letter to provide you with an update on my most recent accomplishments. Today, August 3, 2018, I graduated from the Residential Drug Abuse Program (RDAP).

    Thanks to your suggestions and support, I entered into the program with an open mind. Although unsure of what this program would hold for me, what actually occurred when I took the program was the most amazing transformation of my life.

    The program enabled me to take a long, hard, deep look at myself and realize what I did was wrong in the past as well as what I have to do different in the future. Fortunately, the program supplied me with the necessary tools to change my ways of thinking and dealing with life's many challenges.

1

I now possess the eight positive attitudes. They are gratitude, responsibility, open-mindedness, willingness, objectivity, humility, caring and honesty.

I am now grateful, appreciative of all I have and will no longer feel I was shortchanged in life. I am willing to take on the responsibilities that life expects from me. I am also open-minded and no longer think I am the only one with the answer to every problem.

Additionally, I am willing and gladly doing, attempting, participating, and tolerating something to achieve my overall recovery goal. I have become objective in expressing or involving the use of facts without the influence of personal feelings or prejudice.

Furthermore, I have become humble in my attitude. I plan on being caring by feeling and exhibiting concern and empathy for myself and others. Finally, I am being honest, which is the foundation of change. One must be honest, truthful, sincere and have integrity.

I plan to use these eight positive attitude points to assist me in avoiding criminal thinking errors. This will ensure me to lead a happy and productive life.

This was not an easy journey, but I am glad I traveled it. The results I attained were only accomplished due to hard work put in over a nine (9)

month program. I now feel equipped to re-enter society and be a law abiding citizen as well as being an anchor to my family, in particular to all my children.

Again, thanks for your encouragement, for without your guidance and assistance, this achievement would not have been possible.


Sincerely yours, *Darryl Richardson*

Darryl Richardson

# Certificate of Achievement

Presented to

**DARRYL RICHARDSON**
For successfully completing
the residential portion of the

**Residential Drug Abuse Treatment Program**

*This milestone, while significant, is not the completion of the treatment requirements. Mr. Richardson is hereby eligible to move forward to the follow-up and/or community treatment components of RDAP.*

Dr. S. Skibinski, RDAP Coordinator
FCI MIAMI

August 3, 2018
DATE

DARRYL RICHARDSON
INMATE # 63868-004
FEDERAL PRISON CAMP
P.O. BOX # 779800
MIAMI, FLORIDA 33177

CLERK OF COURT
WILKE A. FERGUSON JR.
UNITED STATES COURTHOUSE
400 NORTH MIAMI AVENUE
ROOM # 8
MIAMI, FLORIDA 33128

Legal Mail